747 A.2d 281

DIANE TORETTA, ETC., ET AL., PLAINTIFFS–
MOVANTS, v. DOUGLAS SODEN, M.D., ET
AL., DEFENDANTS–RESPONDENTS.

February 29, 2000.

This matter having been duly presented to the Court, it is
ORDERED that the motion for leave to appeal is granted, and the
matter is summarily remanded to the trial court for reconsidera-
tion in the light of *Mancuso v. Neckles,* 163 *N.J.* 26, 747 *A.*2d 255
(2000), and *Gallagher v. Burdette Tomlin Memorial Hospital,* 163
*N.J.* 38, 747 *A.*2d 262 (2000).